IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| WORKCENTRIC, LLC, | ) Bankruptcy Case No.: 24-10040(MFW) |
| | )Bankr. BAP No. 24-22 |
| Debtor. | ) |
| _____ | ) |
| WC TOPCO LLC, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )          Civil Action No. 24-485-CFC |
| | ) |
| WORKCENTRIC 1, LLC and SUNZ | ) |
| INSURANCE SOLUTIONS, LLC, | ) |
| | ) |
| Appellees. | ) |
| _____ | ) |

## ORDER

At Wilmington this *16th* day of May 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted.  A briefing schedule will be entered, if appropriate, following disposition of the pending motions.

_____
Chief Judge