IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re WORKCENTRIC LLC, | : | Chapter 7 |
| Alleged Debtor. | : | Case No. 24-10040 (MFW) |
| WC TOPCO LLC, | : | |
| Appellant, | : | Civ. No. 24-485 (CFC) |
| v. | : | |
| WORKCENTRIC 1, LLC and SUNZ INSURANCE SOLUTIONS, LLC, | : | |
| Appellees. | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. The Joint Motion to Strike Unauthorized Appeal (D.I. 5) is DENIED.

2. The Appeal is DISMISSED.

3. The Cross-Motion to Stay Appeal (D.I. 8) is DENIED as moot.

4. The Clerk of the Court is directed to CLOSE Civ. No. 24-485-CFC.

Entered this 26th day of July in 2024.

_____
CHIEF JUDGE